Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED

FEB 01 2011

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:  CLERK, U.S. BANKRUPTCY COURT

Re:  UNDISTRIBUTED FUNDS

Debtors:  KAREN NALBANDYAN & IRENE AKOPIAN
7994 SANGAMON AVE
SUN VALLEY, CA 91352

Case No.:  SV05-15426-VK

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

Payee:                                              Amount:

BMW BANK OF NORTH AMERICA                           $ 980.48
P.O. BOX 3038
EVANSVILLE, IN 47730

Dated:  January 31, 2011                            _Elizabeth J Rojas_
                                                    Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Check No.: 0823704
Check Date: 01/24/2011
Check Amt: 980.48

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0515426 | 4636676005930004 Claim #: 00016 | KAREN NALBANDYAN IRENE AKOPIAN | | 0.00 | 0.00 | 980.48 | 980.48 |
| | | TOTALS | | 0.00 | 0.00 | 980.48 | 980.48 |

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

NALBANDYAN, KAREN
4636676005930004
Case No: 0515426

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Jan 24, 2011
CHECK NO.: 0823704

CHECK AMOUNT
$********980.48

VOID AFTER 60 DAYS

PAY ONLY 980.48
NINE EIGHT ZERO PERIOD FOUR EIGHT

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $980.48

Elizabeth F Rojas

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0823704⑈ ⑆122044300⑆ 001⑈111690⑈